MEMO ENDORSED

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

September 10, 2023

Honorable Nelson Roman
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

> **Counsel's request that the Defendant's bond conditions be modified from home detention with electronic monitoring to a curfew with electronic monitoring, on a schedule set and approved by Pretrial Services is GRANTED without objection by PTSO Colon, PTSO Abbott and the Government. All other conditions remain unchanged. The Clerk of Court is requested to terminate the motion at ECF No. 43.**
> **Dated: September 12, 2023**
> **White Plains, NY**
>
> SO ORDERED:
> /s/ Nelson S. Roman
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:   *USA v. Saul Arismendy Delacruz*, 23 Cr. 261-02(NSR)
       Motion for Modification of Pretrial Bond Conditions

Dear Judge Roman:

   I am retained to represent the defendant, Saul Delacruz, who is charged in Count One of a five-count Indictment (ECF Doc No. 7), with participating in a racketeering conspiracy. On June 8, 2023, he appeared for arraignment before the Honorable Judith C. McCarthy who granted pretrial release on bond conditions which included a $200,000 personal recognizance bond cosigned by two financially responsible persons and home detention enforced with electronic monitoring. (ECF Doc No. 13).

   I write to the Court to request that the defendant's bond conditions be modified from home detention with electronic monitoring to a curfew with electronic monitoring, on a schedule set and approved by Pretrial Services. All other conditions would remain unchanged. The defendant's wife is pregnant with medical restrictions and is due in November. He needs to assist her with daily chores such as, but not limited to, food and other household shopping as well as driving to medical appointments for her and their 5-year-old and 9-month-old kids.

   I have conferred with PTSO Vilmary Colon, who is supervising the defendant in the Eastern District of New York, as well as PTSO Andrew Abbott. PTSO Colon informs me that Saul has been totally compliant with all pretrial release conditions since they were imposed, with no issues whatsoever, and that she has no objection to this request. PTSO Abbott agrees. AUSA Josiah Pertz informs me the Government has no objection.

   Thank you, Your Honor, for your consideration of this application.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/12/2023

Very truly yours,

Tanner & Ortega, L.L.P.

/s/ Howard E. Tanner
Howard E. Tanner

cc:   AUSA Josiah Pertz (By ECF and Email/PDF)
       AUSA Jeffrey Coffman (By ECF and Email/PDF)
       PTSO Vilmary Colon (By Email/PDF)
       PTSO Andrew Abbott (By Email/PDF)