**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>175 MAIN STREET<br>SUITE 800<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (914) 761-0995 |

February 6, 2024

Honorable Nelson Roman
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

    Re: *USA v. Soto-Ramirez*, et al., 23 Cr. 261 (NSR)
      Counsel Letter Motion to be Excused from Pretrial Conference

Dear Judge Roman:

  I am retained to represent the defendant, Saul Delacruz in the above matter. The case is scheduled for a pretrial conference tomorrow, February 7, 2024 at 9:45 am. I write to the Court to request that I be excused due to my engagement on trial in Kings County Supreme Court, Criminal Term, Part GP2, before the Honorable Claudia Daniels-DePeyster.

  Francis O'Reilly, Esq., counsel for co-defendant Edwin Luciano Rodriguez-Genao, has kindly offered to stand in for me. I have discussed this matter with my client, Mr. Delacruz, who consents to the foregoing.

  Thank you, Your Honor, for your consideration of this matter.

                Very truly yours,

                Tanner & Ortega, L.L.P.

                Howard E. Tanner

cc:  All Parties (By ECF)