**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2026

**NEW YORK CITY OFFICE**
277 BROADWAY
SUITE 1701A
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

April 18, 2026

Honorable Nelson Roman
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

> **Re:**    *USA v. Saul De La Cruz*, 23 Cr. 261 (NSR)
> **Letter Motion for Court Order Directing Pretrial**
> **Services to Disclose Defendant's Treatment Records**

Dear Judge Roman:

I am retained to represent the defendant in the above matter, who previously pleaded guilty and is pending sentence. On March 25, 2026, the Court granted my application for adjournment of sentence, over the Government's objection, from April 10, 2026 to the current hearing date of May 29, 2026 at 11:00 am, due to my awaiting a forensic psychiatric report from defense expert, Alexander Sasha Bardey, M.D. (ECF Doc No. 258).

On April 7, 2026, I was contacted by Dr. Bardey's office informing me that they requested Mr. De La Cruz's therapy records from Dr. Theresa DeSantis, First Light Psychological Services, an agency contracted through Pretrial Services, which are necessary for Dr. Bardey's review and evaluation in his preparing a comprehensive forensic report. First Light Psychological Services responded to Dr. Bardey that all therapy records were sent to Pretrial Services and that they do not retain them. Dr. Bardey's office asked for my assistance in obtaining the records.

I then immediately requested the records from PTSO Vilmary Colon, who is supervising my client in EDNY. On April 9, 2026, I followed up on my request. PTSO Colon responded on April 10th, that she needed to consult with the defendant's Pretrial Services Officer in SDNY, Emily Rosado, but since PTSO Rosado was out of the office that week, I should get an update on Monday, April 13th. On April 16th PTSO Rosado informed me that they would not disclose my client's therapy records to Dr. Bardey because Pretrial Services is a neutral party of the Court, the defendant's participation in treatment is for supervision purposes only, and such records should not be used to aid the defendant at sentencing.

*See* **Pg. 2**

MEMO ENDORSED

I therefore write to the Court to request that Pretrial Services be ordered to disclose to Dr. Bardey's office, forthwith, my client's psychological/therapy records with First Light Psychological Services and any other such records, if they exist, in their possession. Pretrial Services objects to this application.

Respectfully, their position is specious. Prior psychological records are obviously necessary, along with all other relevant patient history, for an accurate diagnosis and comprehensive forensic report. It constitutes interference in my client's doctor-patient relationships, with Dr. Bardey as well as First Light Psychological Services, and could cause a delay in the forensic report, necessitating another defense application for adjournment of sentence. The defendant's sentencing submission is due by no later May 15, 2026.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:    PTSO Vilmary Colon (By Email/PDF)
       PTSO Emily Rosado (By Email/PDF)
       AUSA T. Josiah Pertz (By ECF and Email/PDF)
       AUSA Jeffrey Coffman (By ECF and Email/PDF)

**The Court GRANTS Defendant's request seeking access to his own medical and mental health records. Pretrial Services is respectfully directed to disclose Defendant Saul Arismendy De La Cruz's psychological/therapy records with First Light Psychological Services, as well as any other such records, if they exist, in their possession, to Dr. Bardey's office. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 264.**

**Dated: April 20, 2026**
       **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

-2-