UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2026

UNITED STATES OF AMERICA

v.

SAUL ARISMENDY DE LA CRUZ,

Defendant.

**Order of Restitution**

23 Cr. 261 (NSR)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Assistant United States Attorney Josiah Pertz, of counsel, the presentence investigation report, the defendant's conviction on Count One of the above-referenced Indictment, sentence imposed May 29, 2026, and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

SAUL ARISMENDY DE LA CRUZ, the defendant, shall pay restitution in the total amount of $219,459, pursuant to Title 18, United States Code, Section 1963, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

A.    **Joint and Several Liability**

Restitution is joint and several with the following defendant(s) in the following case(s): DAGOBERTO SOTO-RAMIREZ, MELVIN ESPAILLAT, JUAN JOSÉ GENAO-ADAMES, RAYSA COLÓN-TAVAREZ, EDWIN LUCIANO RODRIGUEZ-GENAO, SANTIAGO XAVIER MALDONADO, AND DIEGO MUELAS-GONZALEZ, S5 23 CR. 261. The

2025.02.20

defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website athttps://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks  and  money

2025.02.20                                                                 2

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.     **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.     **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

*[continued on next page]*

2025.02.20                                              3

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal

Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto

as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed

to the listed victims, the Government, the investigating agency, the Clerk's Office, and the

Probation Office, as needed to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____
HONORABLE NELSON STEPHEN ROMÁN
UNITED STATES DISTRICT JUDGE

5/29/2026
_____
DATE

2025.02.20                                                    4

**SCHEDULE A**
(Under Seal)