**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2026

**NEW YORK CITY OFFICE**
277 BROADWAY
SUITE 1701A
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

June 11, 2026

Honorable Nelson Roman
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and EMAIL/PDF

Re:  *USA v. Saul De La Cruz*, 23 Cr. 261 (NSR)
     <u>Letter Motion for Surrender Date Extension</u>

Dear Judge Roman:

On May 29, 2026, the defendant was sentenced seventy-five (75) months imprisonment to be followed by a three (3) year term of Supervised Release. At that time, I requested that the defendant be permitted to remain at liberty for one month in order to obtain scheduled epidural and other medical treatment, arising from his injuries in a serious car accident which occurred on March 11, 2026. Based upon the defendant's long substantial compliance history with his pretrial release conditions, Your Honor permitted a shorter voluntary surrender date of June 15, 2026 by 1:00 pm.

Specifically, and as verified by the attached MRI records, Mr. De La Cruz suffered three herniations and a tear in his lumbar back and cervical spine as well as several tears in his left shoulder (Ex. A). A letter from his primary care doctor is also attached (Ex. B). He is undergoing a series of weekly epidural injections for the resulting severe back pain and also attends physical therapy. He received his last shot on June 10th with the next one scheduled for June 17, 2026. His next appointment with his surgeon is scheduled for June 16th for further evaluation of his back and to determine whether or not surgery will be required for his shoulder.

I therefore write to the Court to request a short extension of 30 days for the defendant's voluntary surrender, to July 15, 2026. I am advised that this additional time will be sufficient to substantially complete the series of epidural injections, attend additional physical therapy and importantly, to obtain an evaluation and report as to whether surgery is recommended, which would be provided to the Bureau of Prisons for them to have Mr. De La Cruz evaluated and treated while in custody.

The defendant continues to be in full compliance with all release conditions, which includes GPS electronic monitoring. Pretrial Services has no objection to the application. Since the Government opposed my original application for voluntary surrender at sentencing, I can assume the same as to the instant motion.

*See* **Pg. 2**

*MEMO ENDORSED*

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:     PTSO Vilmary Colon (By Email/PDF)
        PTSO Emily Rosado (By Email/PDF)
        AUSA T. Josiah Pertz (By ECF and Email/PDF)
        AUSA Jeffrey Coffman (By ECF and Email/PDF)

**The Court is in receipt of Defendant's letter motion, dated June 11, 2026, seeking an extension of his self-surrender date, which is currently scheduled for June 15, 2026. After reviewing Defendant's submission and the accompanying exhibits, the Court GRANTS the motion in part. Specifically, the Court grants Defendant a one-week extension to allow him to complete his epidural injections and attend his next appointment with his surgeon. Defendant shall surrender to the United States Marshals Service for this District on June 23, 2026, at 1:00 p.m.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 278.**

**Dated: June 12, 2026**
     **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge